

WR-83,663-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/27/2015 10:19:43 AM
Accepted 7/29/2015 8:22:47 AM
ABEL ACOSTA
CLERK

**W11-40634-K(A)**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE COURT OF** RECEIVED |
| | | COURT OF CRIMINAL APPEALS |
| **NICKI COLIN WILLIAMS** | § | **CRIMINAL APPEALS** 7/29/2015 |
| | | ABEL ACOSTA, CLERK |
| | § | **AUSTIN, TEXAS** |

## MOTION FOR EXTENSION OF TIME TO DISPOSE OF ARTICLE 11.07 APPLICATION FOR WRIT OF HABEAS CORPUS

Pursuant to rule 73.5 of the appellate rules of procedure, the Presiding Judge of the Criminal District Court No. 4 of Dallas County, Texas, moves for an extension of time to dispose of the article 11.07 application for habeas relief in the instant cause. The following is presented in support of the request:

### (1) Case History

Pursuant to a plea agreement, applicant pleaded guilty to the offense of continuous sexual abuse of a child and was sentenced to twenty-five years' confinement in the Institutional Division of the Texas Department of Criminal Justice. Applicant did not appeal his conviction.

This is first application for habeas relief under article 11.07 in this cause.

The instant application was filed on February 27, 2015 and received by the State on March 4, 2015. On April 6, 2015, this Court designated applicant's ineffective assistance ground for further investigation. Under rule 73.5, this Court's 180-day

1

ELECTRONIC RECORD


deadline for disposing of these grounds is Monday, August 31, 2015. Tex. R. App. Proc. 73.5.

## (2) Basis for Extension Request

The Court set this cause for a hearing on July 24, 2015. The hearing did not proceed as scheduled, however, because trial defense counsel refused to testify. The Court appointed her counsel to determine if trial counsel has cause to invoke a Fifth Amendment right not to testify.

The Court has rescheduled the hearing for September 2015 to allow trial counsel to consult with her attorney and to accommodate the schedules of the attorneys representing the applicant and the State.

Rule 73.5 permits an extension if requested before the expiration of the Court's deadline. *Id*. Pursuant to that provision, the Court requests an additional 60 days to dispose of applicant's claims. This will extend the Court's deadline to Friday, October 30, 2015.

Respectfully submitted,

Judge Dominique Collins
Criminal District Court No. 4
Dallas County, Texas

2